IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS ENGEL,
                            Appellant,
                    vs.
BOULDER CITY; PUBLIC AGENCY
COMPENSATION TRUST; AND
ALTERNATIVE SERVICE CONCEPTS,
LLC,
                            Respondents.

No. 78334

FILED

SEP 1 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting a petition for judicial review and reversing and remanding to the appeals officer for further substantive proceedings. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

This district court remanded the case to the appeals officer with directions to permit respondents to take an additional deposition and then to reevaluate the case. Because an order of remand is normally not appealable as a final judgment, this court entered an order directing appellant to show cause why the appeal should not be dismissed as premature. *See, e.g., Wells Fargo Bank, N.A. v. O'Brien*, 129 Nev. 679, 310 P.3d 581 (2013); *Ayala v. Caesars Palace*, 119 Nev. 232, 71 P.3d 490 (2003); *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P .2d 416, 417 (2000) (clarifying that a final judgment disposes of all the issues presented in the case, leaving nothing for the future consideration of the court, except for certain post-judgment issues). Appellant has responded and concurs that the appeal does not fall within the narrow exception provided by circumstances such as those in *Bally's Grand Hotel v. Reeves*, 112 Nev. 1487, 929 P.2d 936 (1996), but proposes that judicial efficiency will be promoted by reviewing

19-37838

the appeal at this point and thereby potentially avoiding a second hearing before the appeals officer. This court rejects appellant's proposal. Appellant may appeal from a final judgment. This court lacks jurisdiction and ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Joanna Kishner, District Judge
David Wasick, Settlement Judge
Nevada Attorney for Injured Workers/Carson City
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Eighth District Court Clerk